**TYLER J. JENSEN (#9913)**
**LEBARON & JENSEN, P.C.**
**1241 North Main Street Suite 200**
**Layton, Utah 84041**
**Telephone:    (801) 773-9488**
**Facsimile:    (801) 773-9489**

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| **IN RE: Justin Dean Barrow**  **DEBTOR.** | Bankruptcy No. 23-20773  Trustee: Lon A. Jenkins  Chapter 13 |

## MOTION TO CONTINUE SECTION 341 MEETING AND CONFIRMATION HEARING

Debtor, Justin Dean Barrow, (hereinafter the "Debtor"), hereby motions the court for a continuance of the Meeting of Creditors to be held on April 13, 2023, and the confirmation hearing to be held on May 18, 2023. The Debtor's request is based on the following set of facts and circumstances:

1. Mr. Barrow remains incarcerated, therefore making it difficult to obtain information and signed schedules and statements.

2. The Debtor will still make his first Chapter 13 payment to the Trustee on or before the first scheduled 341 Meeting.

3 The Debtor seeks a continuance of his meeting of creditors until the next date Lon

1

      A. Jenkins will be holding creditor meetings.

4.     It is in the best interest of the Creditors in this case to allow the Debtor to continue with his case.

5.     The Debtor therefore respectfully request that the court grant Debtors' Motion for Continuance of the 341 meeting of creditors and confirmation hearing to the next available date and all associated 341 hearing deadlines be extended (e.g., Proofs of claims, objections to exemptions, and complaints for nondischargeability).

WHEREFORE, Debtor requests that the Section 341 Meeting be rescheduled.

Dated: March 27, 2023

                                                /s/ Tyler J. Jensen
                                                Tyler J. Jensen
                                                Counsel for Debtors

## **CERTIFICATE OF MAILING**

      I hereby certify that I mailed a true and correct copy of the foregoing, postage pre-paid to the following:

Lon A, Jenkins
Via ECF

Justin Dean Barrow
2579 W 2725 N
Farr West, UT 84404

on this 27th day of March 2023

                                                        ___/s/_Linda Howell_____

```
Label Matrix for local noticing        Bank of America                        Cydney Barrow
1088-2                                  Attn: Bankruptcy                       2579 W 2725 N
Case 23-20773                           4909 Savarese Circle                   Farr West, UT 84404-9469
District of Utah                        Tampa, FL 33634-2413
Salt Lake City
Mon Mar 27 11:28:42 MDT 2023

Justin Dean Barrow                      Scott S Bridge                         Cydney Barrow
2579 W 2725 N                           Kesler & Rust                          2579 W 2725 N
Farr West, UT 84404-9469                68 South Main Street                   Ogden, UT 84404-9469
                                        2nd Floor
                                        Salt Lake City, UT 84101-1525

Lon Jenkins tr                          Tyler J. Jensen                        Kym Foster
Ch. 13 Trustee's Office                 LeBaron & Jensen, P.C.                 C/O Scott Bridge
465 South 400 East                      1241 North Main St.                    68 S Main St # 200
Suite 200                               Suite 200                              Salt Lake City, UT 84101-1525
Salt Lake City, UT 84111-3345           Layton, UT 84041-4859

Kym Foster                              Lync Construction LLC                  Mountain America Credit Union
c/o Kesler & Rust                       1407 N Mountain Rd                     Attn: Bankruptcy
68 S. Main St., Ste 200                 Ogden, UT 84404-3341                   P.O. Box 2331
Salt Lake City, Utah 84101-1525                                                Sandy, UT 84091-2331

(p)NATIONAL SERVICE BUREAU              Patrick Burns                          Patrick K Hogle
18912 NORTH CREEK PARKWAY               1407 N. Mountain Rd                    C/O Justin Kerr
SUITE 205                               Ogden, UT 84404-3341                   5742 W Harold Gatty Dr.
BOTHELL WA 98011-8016                                                          Salt Lake City, UT 84116-3777

Jason B. Richards                       United States Trustee
Richards & Kaas, LLC                    Washington Federal Bank Bldg.
2568 Washington Blvd.                   405 South Main Street
Suite 200                               Suite 300
Ogden, UT 84401-3185                    Salt Lake City, UT 84111-3402
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
NSB
Attn: Bankruptcy
18912 North Creek Parkway, Suite 205
Bothell, WA 98011
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(d)Cydney Barrow                        (u)Kym Foster                          (u)Mountain America Fcu
2579 W 2725 N                           c/o Kesler & Rust
Farr West, UT 84404-9469                68 Sout Main Street, Suite 200
                                        Salt Lake City84101 US
```

End of Label Matrix
Mailable recipients    16
Bypassed recipients     3
Total                  19