**TYLER J. JENSEN (#9913)**
**LEBARON & JENSEN, P.C.**
**1241 North Main St. Ste. 200**
**Layton, Utah 84041**
**Telephone:** (801) 773-9488
**Facsimile:** (801) 773-9489
tylerjensen@lebaronjensen.com

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| **IN RE: Justin Dean Barrow** | Bankruptcy No. 23-20773 |
| | Trustee: Lon A. Jenkins |
| **DEBTOR** | Chapter 13 |

## OBJECTION TO TRUSTEE'S MOTION TO DISMISS

The Debtor, Justin Dean Barrow, by and through his attorney, Tyler J. Jensen, hereby objects to the Motion of the Trustee to Dismiss. In objection to the Trustee's Motion to Dismiss the Debtor states as follows:

1　　On May 2, 2023 the Debtors initial plan payment posed to his account.

WHEREFORE Debtors request that the Trustee's Motion to Dismiss be denied.

Dated this 3 day of May 203

　　　　　　　　　　　　　　　　　　　　　/S/ Tyler J. Jensen_____
　　　　　　　　　　　　　　　　　　　　　Attorney for the Debtor

CERTIFICATE OF SERVICE

      I hereby certify that on this 3 day of May 2023 a true and correct copy of the Debtor's Objection to the following party.

Lon A. Jenkins
(VIA ECF)

                                          /S/ Linda Howell
                                          Legal Secretary